STATE (CITY OF ST. LOUIS PARK) v.
MELVIN CECIL MARANELL.

177 N. W. (2d) 896.

April 24, 1970—No. 41892.

*Mott, Grose & Von Holtum* and *Dennis R. Hower,* for appellant.
*Gustafson & Gustafson,* and *Curtis E. Austin,* Edina City Attorney,
and *H. H. Burry,* St. Louis Park City Attorney, for respondent.

Heard before Knutson, C. J., and Rogosheske, Sheran, Peterson, and
Frank T. Gallagher, JJ.

PER CURIAM.

Defendant-appellant, Melvin C. Maranell, was arrested for speeding
on July 2, 1968. On November 15, 1968, he was tried by a jury and found
guilty. He appeals from the verdict of the jury. On March 19, 1970, the
appeal was submitted, without oral argument, to this court for consideration and decision on the briefs previously filed. A verdict is nonappealable. See, Minn. St. 632.01; State v. Ehrig, 21 Minn. 462.

Since an appeal in a criminal case will not lie from the verdict of a
jury, it is ordered that the appeal herein be, and it hereby is, dismissed.

Appeal dismissed.